JESSE J. LEVER, respondent,

v.

MARY ESTHER LEVER, appellant.

[Submitted December 6th, 1915.   Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 345.*

*Mr. Henry W. Lewis,* for the respondent.

*Messrs. Babcock & Champion,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.